UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLIE CHAMBERS,<br><br>                  Plaintiff,<br><br>    v.<br><br>KAMPGROUNDS OF AMERICA, INC., a Montana Corporation,<br><br>                  Defendant. | Case No. 2:25-cv-1784-RSM<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME |

       This matter comes before the Court on Defendant's Motion for an extension of time to file a Reply brief in support of its Motion to Dismiss, Dkt. #11.

       This case was filed on September 15, 2025. Dkt. #1. Defendant's Motion to Dismiss was filed on December 1, and originally noted for consideration on December 29, 2025. Dkt. #5. Because this noting date "required the parties' counsel and their clients to engage in significant work right before and/or during the Christmas holiday," on or about December 19, 2025, Defendant's counsel reached out to Plaintiff's counsel to suggest a stipulated extension of briefing deadlines. *See* Dkt. #11 at 1–2. Plaintiff agreed and Defendant re-noted the Motion for January 20, 2026. Plaintiff filed her opposition brief on January 5, 2026, consistent with the agreement. Dkt. #10. The reply brief was to be due on January 12, 2026. *See* Dkt. #11 at 2.

       On January 7, 2026, Defendant filed the instant Motion. Defendant now requests a one-week extension of time to file its Reply brief "due to Defendant's counsel's heavy caseloads, including court and client obligations on January 9, 2026." Dkt. #11 at 2. Plaintiff quickly

responded, and Defendant filed a reply, both on January 8, 2026. Dkts. #12 and #14.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time" on a motion made before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

The Court has reviewed the limited information provided the by parties and finds that good cause has not been shown for the requested extension, for two reasons. First, Defendant does not adequately explain why it is seeking this extension. There is no attached declaration setting forth what is going on in this case or with defense counsel's work schedule. Instead, Defendant provides a single sentence referring to a "heavy caseload" and a vague reference to obligations on January 9. Defendant has known about its reply brief obligation for over a month, and being occupied on a single day in January fails to demonstrate good cause. Second, defense counsel has already sought an extension of deadlines and could have, with reasonable diligence, taken into consideration a heavy caseload at that time.

Given all of the above, the Court hereby FINDS AND ORDERS that Defendant's Motion for an extension of time to file a Reply brief in support of its Motion to Dismiss, Dkt. #11, is DENIED. The reply brief will be due on January 12, 2026.

DATED this 12th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE